No. 98–7574. BROWN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 10th Cir. Certiorari denied. ■

No. 98–7575. JUDD *v.* UNITED STATES (two judgments). C. A. 5th Cir. Certiorari denied.

No. 98–7576. MELBERT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7582. JOHNSON *v.* GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7585. CURET-CASELLAS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–7586. CHAMBERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7587. ALEXANDER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7588. MILTON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7590. JACKSON *v.* NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7592. LOPEZ *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7595. MCQUEEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7599. WENBURG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7600. KINNISON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7601. SAMANIEGO LORETO *v.* THOMAS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–7602. NANCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.